1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO PESCINA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA ANA; GERARADO RAYA; RONALD SANDOVAL; and DOES 1-50, et al.<br><br>    Defendants. | Case No.: 8:20-cv-01781-CJC-DFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed with prejudice. All parties to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: July 27, 2023

_____

Honorable Cormac J. Carney
United States District Judge

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE